[No. 16149-4-II.     Division Two.     April 7, 1995.]

MILES H. TAGGART, ET AL, *Appellants*, v. JESSE CRANK, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 90-2-02357-1, Waldo F. Stone, J., entered May 29, 1992. *Affirmed in part, reversed in part*, and *remanded* by

unpublished opinion per Bridgewater, J., concurred in by Seinfeld, C.J., and Houghton, J.